**MICHAEL ARATA, ESQ.**
Nevada Bar No. 11902
E-mail: marata@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
101 Convention Center Dr., Suite 600
Las Vegas, Nevada 89109
Tel: (702) 674-9270
Fax: (702) 674-9270
E-mail: marata@hkm.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE KALIANIOTIS, an Individual; and MICHAEL MOREN, an Individual, <br><br> Plaintiffs, <br><br> vs. <br><br> GRAPE TOO LLC d/b/a GRAPE STREET CAFÉ, WINE BAR & CELLAR, a Domestic Limited-Liability Company; JOHN MCKIBBEN, an Individual; DOES I -X; and ROE CORPORATIONS I -X. <br><br> Defendants. | CASE NO.: 2:21-cv-01731-JCM-DJA <br><br> **PLAINTIFFS' MOTION FOR REMOVAL OF COUNSEL FROM CASE AND CM/ECF SERVICE LIST** |

    Pursuant to LR IA 11-6, Michael Arata, counsel for Plaintiffs, hereby files this Motion for Removal of Counsel from Case and CM/ECF Service List in the instant matter. This Motion seeks to remove attorney Jenny Foley as counsel of record for Plaintiffs and from the CM/ECF service list as Ms. Foley has left HKM Employment Attorneys LLP. Pursuant to LR IA 11-6(e), removal of Ms. Foley from this matter will not result in any delay of discovery, the trial, or any hearing in the case.

    Plaintiffs also respectfully request that this Court remove Ms. Foley from the CM/ECF docket and CM/ECF service list for this matter.

Page **1** of **3**

Dated this 17th day of April, 2023.

**HKM EMPLOYMENT ATTORNEYS LLP**

/s/*Michael Arata*
MICHAEL ARATA, ESQ.
Nevada Bar No. 11902
E-mail: marata@hkm.com
101 Convention Center Dr., Suite 600
Las Vegas, Nevada 89109
Tel: (702) 674-9270
Fax: (702) 674-9270
*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 18, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2023, I caused to be served a true and correct copy of the foregoing on the following persons as follows:

__=__   by placing the same for mailing in the United States Mail, in a sealed envelope on which first class postage was prepaid in Las Vegas, Nevada to the following parties:

__X__   to be sent via electronic filing with the Clerk of the Court using the Court's electronic filing system and serving all parties with an email address of record who have agreed to receive Electronic Service in this action:

_____   to be hand delivered to the persons and/or addresses below:

       _/s/Daniel Kalish_
HKM EMPLOYMENT ATTORNEYS LLP

Page **3** of **3**