**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GEORGE KALIANIOTIS, an Individual;
and MICHAEL MOREN, an Individual,

Plaintiffs,

vs.

GRAPE TOO LLC d/b/a GRAPE STREET
CAFÉ, WINE BAR & CELLAR, a Domestic
Limited-Liability Company; JOHN
MCKIBBEN, an Individual; DOES I-X; and
ROE CORPORATIONS I-X,

Defendants.

Case No.: 2:21-cv-01731-JCM-DJA

## <u>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE</u>

IT IS HEREBY STIPULATED by and between Defendants John R. McKibben and
Grape Too, LLC dba Grape Street Café, Wine Bar & Cellar ("Defendants"), by and through their
attorney of record, Nick D. Crosby, Esq., of the law firm of Marquis Aurbach, and Plaintiffs
George Kalianiotis and Michael Moren ("Plaintiffs"), by and through their attorney of record,
Michael Arata, Esq. of HKM Employment Attorneys LLP, that the above-referenced matter be
dismissed with prejudice; and

/ / /

/ / /

/ / /

MAC:11723-007 5153018_1 7/19/2023 8:29 AM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

IT IS FURTHER STIPULATED that all parties bear their own attorney fees and costs.

IT IS SO STIPULATED this 19th day of July, 2023.

MARQUIS AURBACH                          HKM EMPLOYMENT ATTORNEYS, LLP

By:   _s/Nick D. Crosby_                  By: _s/Michael Arata_
      Nick D. Crosby, Esq.                     Michael Arata, Esq.
      Nevada Bar No. 8996                       Nevada Bar No. 11902
      10001 Park Run Drive                      101 Convention Center Drive, Suite 600
      Las Vegas, Nevada 89145                   Las Vegas, NV  89109
      Attorneys for Defendants                  Attorney for Plaintiffs


## **ORDER**

IT IS HEREBY ORDERED that the above-referenced matter be dismissed with prejudice; and

IT IS FURTHER ORDERED that all parties bear their own attorney fees and costs.

DATED July 19, 2023.

United States District Court Judge

MAC:11723-007 5153018_1 7/19/2023 8:29 AM